UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JOSEPH LANCE,

    Plaintiff,

v.

HUBBELL INCORPORATED, and
HUBBELL INCORPORATED RETIREMENT
PLAN FOR COLLECTIVELY BARGAINED
HOURLY EMPLOYEES,

    Defendants.                  No. 14-cv-433-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the parties' cross motions for summary judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 16, 2014 (Doc. 33), denying plaintiff's motion for partial summary judgment and granting defendants' motion for summary judgment, judgment is entered in favor of the defendants and against the plaintiff.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

Dated: December 17, 2014    BY: /s/*Cheryl A. Ritter*
                                          **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2014.12.17 09:18:40 -06'00'

APPROVED:
    U. S. DISTRICT JUDGE